The Remington Paper Company, Appellant, v. Anna M.
O'Dougherty et al., Respondents.

(Submitted April 30, 1880; decided September 21, 1880.)

This case presented the same questions and was argued and decided with *The Remington Paper Co.* v. *O'Dougherty, ante,* p. 474.